**Steven A. McNEILL, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

**No. 2013–3096.**

United States Court of Appeals, Federal Circuit.

June 9, 2014.

Shane K. McNeill, Tellus Law Firm, of Thompsons Station, Tennessee, argued for petitioner.

Katy M. Bartelma, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of

Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Reginald T. Blades, Jr., Assistant Director.

PROST,[*] Chief Judge, TARANTO and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**